IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JUAN JOSUE MEZA-LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-2468 (LMB/IDD) |
| | ) | |
| JEFF CRAWFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

On August 7, 2026, petitioner Juan Josue Meza-Lopez ("petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, [Dkt. No. 1], and a Motion for Issuance of Order to Show Cause ("Motion"), [Dkt. No. 2]. Respondents filed their Response on August 14, 2026, and explained that petitioner requested an order of removal before the Petition was filed, and that an immigration judge ordered petitioner removed on August 12, 2026. [Dkt. No. 6]; [Dkt. No. 7]. On August 17, 2026, the Court ordered petitioner to show cause by 5:00 PM on August 20, 2026, why the Petition should not be dismissed. [Dkt. No. 8]. Because as of August 23, petitioner has neither requested additional time, nor filed any response, it is hereby

ORDERED that the Order entered on August 11, 2026, [Dkt. No. 4], be and is VACATED; and it is further

ORDERED that this civil action be and is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 24th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge